# United States Court of Appeals
## For the First Circuit
_____

### NOTICE OF APPEARANCE

**No.** 26-1314          **Short Title:** Svitlana Doe v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Svitlana Doe, et al. (please see attached) _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


s/Hillary Li _____          4/1/2026 _____
Signature                                         Date

Hillary Li _____
Name

Justice Action Center _____          323-841-2781 _____
Firm Name (if applicable)                              Telephone Number

P.O. Box 27280 _____          _____
Address                                         Fax Number

Los Angeles, CA 90027 _____          Hillary.Li@justiceactioncenter.org _____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1216770 _____

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 25-1384, 25-1715 _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Notice of Appearance of Hillary Li
Addendum

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

- Svitlana Doe
- Maksym Doe
- Maria Doe
- Alejandro Doe
- Armando Doe
- Ana Doe
- Carlos Doe
- Omar Doe
- Sandra McAnany
- Kyle Varner
- Wilhen Pierre Victor
- Haitian Bridge Alliance
- Andrea Doe
- Valentin Rosales Tabares
- Marim Doe
- Adolfo Gonzalez, Jr.
- Aleksandra Doe
- Teresa Doe
- Rosa Doe
- Miguel Doe
- Lucia Doe
- Daniel Doe
- Gabriela Doe
- Norma Lorena Dus
- Francisco Doe
- Luciana Doe
- Jose Doe
- David Doe
- John Doe