# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1314, 26-1628 **Short Title:** Doe v. Mullin

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Federation for American Immigration Reform as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Matt Crapo
Signature

10/01/2026
Date

Matt A. Crapo
Name

Federation for American Immigration Reform
Firm Name (if applicable)

202-328-7004
Telephone Number

25 Massachusetts Ave., NW, Suite 330
Address

202-387-3447
Fax Number

Washington, DC 20001
City, State, Zip Code

mcrapo@fairus.org
Email (required)

Court of Appeals Bar Number: 1139794

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.______________________

============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).