# United States Court of Appeals
## For the First Circuit

No. 26-1314
26-1628

SVITLANA DOE; MAKSYM DOE; MARIA DOE; ALEJANDRO DOE; ARMANDO DOE; ANA DOE; CARLOS DOE; OMAR DOE; SANDRA MCANANY; KYLE VARNER; WILHEN PIERRE VICTOR; HAITIAN BRIDGE ALLIANCE; ANDREA DOE; VALENTIN ROSALES TABARES; MARIM DOE; ADOLFO GONZALEZ, JR.; ALEKSANDRA DOE; TERESA DOE; ROSA DOE; MIGUEL DOE; LUCIA DOE; DANIEL DOE; GABRIELA DOE; NORMA LORENA DUS; DAVID DOE; FRANCISCA DOE; JOHN DOE; JOSE DOE; LUCIANA DOE,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; DAVID J. VENTURELLA, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; RODNEY S. SCOTT, in the official capacity as Commissioner of U.S. Customs and Border Protection; JOSEPH B. EDLOW, in the official capacity as Director of U.S. Citizenship and Immigration Services; DONALD J. TRUMP, in the official capacity as President of the United States,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 3, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellants Joseph B. Edlow, Markwayne Mullin, Rodney S. Scott, Donald J. Trump and David J. Venturella on October 2, 2026, are not in compliance with the following Federal Rule of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). ***The caption on the appellants' brief and appendix does not match the caption used by this court. Any party who believes that this court's caption does not accurately reflect the parties on appeal must file a motion to correct the caption along with supporting documentation.***

Appellants Joseph B. Edlow, Markwayne Mullin, Rodney S. Scott, Donald J. Trump, and David J. Venturella are ordered to file a conforming brief and appendix by **November 10, 2026**. The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John A. Freedman, Laura Scott Shores, Anwen Hughes, Justin B. Cox, Brandon Galli-Graves, Daniel B. Asimow, Esther Sung, H. Tiffany Jang, Hillary Li, Karen C. Tumlin, Laura Flores-Perilla, Sarah Elnahal, Donald Campbell Lockhart, Rayford A. Farquhar, Patrick James Glen, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Katherine Shinners, Elissa Fudim, Zachary Aaron Cardin, Sarah Welch, Alex Hemmer, Andrea J. Campbell, William M. Tong, Aaron M. Frey, Peter F. Neronha, Nicholas W. Brown, Anagha Sundararajan, Matt A. Crapo, Christopher J. Hajec